# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0550.  SMITH v. WEST ROME KIDS' STOP, INC. et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:
18CV00775JFL001



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*